IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00908-REB-KLM

MICHAEL RAYKIN and MELANIE RAYKIN, individually and on behalf of
JOSHUA RAYKIN,

    Plaintiffs,

v.

THE ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES,
JOSIE BERRY,
JULIE JARVIS,
ROSHIDA LEWIS JOHNSON,
ALEX REGAN, and
CHERYL TERNES,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 15; Filed July 26, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: August 2, 2010