IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00908-REB-KLM

MICHAEL RAYKIN and MELANIE RAYKIN, individually and on behalf of
JOSHUA RAYKIN

    Plaintiffs,

v.

THE ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES,
JOSIE BERRY,
JULIE JARVIS,
ROSHIDA LEWIS JOHNSON,
ALEX REGAN, and
CHERYL TERNES,

    Defendants.

## ORDER DISMISSING DEFENDANTS, JOSIE BERRY, JULIE JARVIS, ROSHIDA LEWIS-JOHNSON, ALEX REGAN, AND CHERYL TERNES, ONLY

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss Defendants Berry, Jarvis, Lewis-Johnson, Regan and Ternes** [#21] filed September 23, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants Josie Berry, Julie Jarvis, Roshida Lewis-Johnson, Alex Regan, and Cheryl Ternes should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendants Berry, Jarvis, Lewis-Johson, Regan and Ternes** [#21] filed September 23, 2010, is **GRANTED**;

2. That plaintiffs' claims against defendants, Josie Berry, Julie Jarvis, Roshida Lewis-Johnson, Alex Regan, and Cheryl Ternes, in both their individual and official

capacities, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3. That defendants, Josie Berry, Julie Jarvis, Roshida Lewis-Johnson, Alex Regan, and Cheryl Ternes, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated September 24, 2010, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge