**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00908-REB-KLM

MICHAEL RAYKIN and MELANIE RAYKIN, individually and on behalf of
JOSHUA RAYKIN

      Plaintiffs,

v.

THE ARAPAHOE COUNTY DEPARTMENT OF HUMAN SERVICES,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before me is the **Stipulated Motion To Dismiss Action With Prejudice**
[#26] filed December 9, 2010.  After reviewing the motion and the file, I conclude that the motion
should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss Action With Prejudice** [#26] filed
December 9, 2010, is **GRANTED**;

      2.  That the Trial Preparation Conference set for April 8, 2011, is **VACATED**;

      3.  That the jury trial set to commence April 25, 2011, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to bear their own
attorney fess and costs.

      Dated December 9, 2010, at Denver, Colorado.

                             **BY THE COURT:**

                             Robert E. Blackburn
                             United States District Judge